James H. PRIDGEON, Plaintiff–
Appellant,

v.

Mark HICKS, Classification Officer;
Pablo Guerra, Gang Intelligence;
Dawn Williamson, Defendants–Appel-
lees.

No. 03–50491.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M.
GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

James H. Pridgeon (Pridgeon), Texas
prisoner # 1056266, appeals the dismissal
of his civil rights suit under 42 U.S.C.
§ 1983 for failure to exhaust his adminis-
trative remedies and the grant of the
defendants' motion for summary judg-
ment. Pridgeon claims that the defen-
dants violated prison policy by placing
him, a confirmed gang member, in the
general population instead of administra-
tive segregation. Pridgeon claims that
as a result of the defendants' actions, he
was attacked by fellow inmates and re-
ceived life threatening injuries. Prid-
geon seeks monetary relief for his inju-
ries.

Even though the district court deter-
mined that Pridgeon failed to exhaust his
administrative remedies under 42 U.S.C.
§ 1997e(c), the district court could dismiss
Pridgeon's underlying claims if it deter-
mined that "the action is frivolous, mali-
cious, fails to state a claim upon which
relief can be granted, or seeks monetary
relief from a defendant who is immune
from such relief." *See* 42 U.S.C.
§ 1997e(c)(1). The district court deter-
mined that the defendants were entitled to
qualified immunity. Thus, the district
court granted their motion for summary
judgment.

On appeal, Pridgeon reiterates his
claims but does not identify error in the
grant of the defendants' motion for sum-
mary judgment. Although *pro se* briefs
are afforded liberal construction, even *pro
se* litigants must brief arguments in order
to preserve them. *See Yohey v. Collins*,
985 F.2d 222, 224–25 (5th Cir.1993). By
failing to identify any error in the district
court's judgment, Pridgeon has abandoned
the issue on appeal. *Id.* at 225. Thus, the
district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.